United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20195
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLTON ORIASO ESEKHIGBE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-354-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:*

Appealing the Judgment in a Criminal Case, Charlton Oriaso
Esekhigbe raises arguments that are foreclosed by <u>United States
v. Slaughter</u>, 238 F.3d 580, 582-84 (5th Cir. 2000), which held
that <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), did not render
21 U.S.C. § 841 unconstitutional on its face, and by <u>United
States v. Daugherty</u>, 264 F.3d 513, 518 (5th Cir. 2001), which
rejected a Commerce Clause challenge to the felon-in-possession-
of-a-firearm statute, 18 U.S.C. § 922(g).  The Government's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.